# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1599
LT Case No. 2020-CF-000133-A

_____

ANTWARD A. BARNES,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
Melissa D. Souto, Judge.

Antward A. Barnes, Daytona Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and Daniel P.
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.

July 1, 2025

PER CURIAM.

   AFFIRMED.

LAMBERT, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____